JOHN J. MCCARTHY, JR., ET AL. *v.*
ANTHONY W. ESERNIA ET AL.
(6893)

SPALLONE, NORCOTT and FOTI, Js.

Argued January 10—decision released January 18, 1989

*Robert L. Hirtle, Jr.,* with whom, on the brief, was *David J. Heinlein,* for the appellants (plaintiffs).

*Maurice T. FitzMaurice,* with whom, on the brief, were *Edward F. Spinella* and *Jonathan B. Peck,* for the appellees (defendants).

PER CURIAM. There is no error.